# United States District Court

**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| DONALD MASON, AS TRUSTEE OF | § | |
| MASON REALTY SOLUTIONS TRUST | § | |
| | § | Civil Action No.  4:16-CV-699 |
| v. | § | (Judge Mazzant/Judge Nowak) |
| | § | |
| WELLS FARGO BANK, N.A. | § | |
| | § | |
| | § | |

## MEMORANDUM ADOPTING REPORT AND
## RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On December 13, 2016, the report of the Magistrate Judge (Dkt. #24) was entered containing proposed findings of fact and recommendations that Defendant Wells Fargo Bank, N.A.'s Motion to Dismiss and Brief in Support (Dkt. #16) be granted.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Defendant's Motion to Dismiss and Brief in Support (Dkt. # 16) is **GRANTED**, and Plaintiffs' claims are **DISMISSED** with prejudice.

All relief not previously granted is **DENIED**.  The Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED.**
 **SIGNED this 6th day of January, 2017.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE